United States District Court
Southern District of Texas

**ENTERED**
June 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JILL AIMES,<br>Plaintiff | § § § | |
| v. | § | CASE NO.   4:15-CV-3172 |
| | § § | |
| THE TRAVELERS HOME AND MARINE<br>INSURANCE COMPANY,<br>Defendant. | § § § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

ON THIS DAY, CAME TO BE CONSIDERED, the Parties' Joint Motion to Dismiss with Prejudice. Having considered the agreed motion based on a confidential settlement entered between Plaintiff Jill Aimes and Defendant The Travelers Home and Marine Insurance Company, the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiff against Defendant. IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

SIGNED THIS 1st day of June, 2016.

UNITED STATES DISTRICT JUDGE